JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA R. SCHUSSE HENRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 15-3064 - KES<br><br>**J U D G M E N T** |

　　In accordance with the Memorandum Opinion and Order filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the opinion.

Dated: May 13, 2016

　　　　　　　　　　　　　　　　　　　　　/s/ Karen E. Scott
　　　　　　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge